6-25-15

12th Court of Appeals
1517 West front St.
Suite 354
Tyler, Tx.
75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 0 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

My name is Jesse W. Carroll and Trial Case # 3924 and Appeal Case # 12-04-00304-CR. Could you please tell me If I could get My Trial Transcripts, police report and any other paper work I can get from you. And please let me Know how much it will Cost me. or if you don't have them then please tell me where I can get them.

Thank you for your time and concern.

Respectfully,

Jesse W. Carroll
TDCJ# 1247554
Allred Unit
2101 FM 369N.
Iowa Park, Tx,
76367

Please respond back to my request.